Order entered September 24, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01058-CV

### SHARON D. LEWIS AND ALL OTHER OCCUPANTS OF 608 MULBERRY LANE, DE SOTO, TEXAS 75115, Appellant

### V.

### AH4R1 TX DFW, LLC, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-01305-C**

## ORDER

On August 19, 2013, this Court granted appellant's unopposed motion to release funds held as bond. We ordered John Warren, Dallas County Clerk, to release to Sharon Lewis the $3,300.00 held in the registry of the court less any required fees and/or costs and to provide this Court with written verification of compliance by September 3, 2013. As of today's date, the Court has not received the written verification of compliance.

Accordingly, we again **ORDER** John Warren, Dallas County Clerk, to file with this Court, **ON OR BEFORE OCTOBER 4, 2013**, written verification of compliance with this Court's August 19, 2013 order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to John Warren and all counsel of record.

/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE